CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 26 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **DOUGLAS WILDER,** | ) |
| | ) |
| | ) Case No. 1:04CV00141 |
| Plaintiff, | ) |
| | ) **FINAL JUDGMENT** |
| v. | ) |
| | ) By: James P. Jones |
| **UNITED STATES OF AMERICA,** | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the defendant is granted;

4. Final judgment is entered in favor of the defendant United States of America; and

5. The clerk is directed to close the case.

ENTER: March 26, 2007

/s/ James P. Jones
Chief United States District Judge